IN THE CIRCUIT COURT FOR Baltimore City
(City/County)

# CIVIL – NON-DOMESTIC CASE INFORMATION SHEET

## DIRECTIONS

***Plaintiff:*** This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Justice of the Supreme Court of Maryland pursuant to Rule 2-111(a).

***Defendant:*** You must file an Information Report as required by Rule 2-323(h).

***THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING***

**FORM FILED BY:** ☒ PLAINTIFF ☐ DEFENDANT CASE NUMBER ______ (Clerk to insert)

**CASE NAME:** JILL GILES (Plaintiff) vs. PATRICK C. ENWEONWU, et al., (Defendant)

PARTY'S NAME: JILL GILES PHONE: ______

PARTY'S ADDRESS: 6 Ruping Drive, Burlington, MA 01803

PARTY'S E-MAIL: ______

**If represented by an attorney:**

PARTY'S ATTORNEY'S NAME: NIHIR U. NANAVATY, ESQ. PHONE: 202-772-0565

PARTY'S ATTORNEY'S ADDRESS: 20 M STREET, SE, 6TH FLOOR, WASHINGTON, DC 20003

PARTY'S ATTORNEY'S E-MAIL: nihir.nanavaty@forthepeople.com

**JURY DEMAND?** ☒ Yes ☐ No

**RELATED CASE PENDING?** ☐ Yes ☒ No If yes, Case #(s), if known: ______

**ANTICIPATED LENGTH OF TRIAL?:** ______ hours 3 days

## PLEADING TYPE

**New Case:** ☒ Original ☐ Administrative Appeal ☐ Appeal

**Existing Case:** ☐ Post-Judgment ☐ Amendment

***If filing in an existing case,*** skip Case Category/ Subcategory section – go to Relief section.

## IF NEW CASE: CASE CATEGORY/SUBCATEGORY (*Check one box.)*

**TORTS**
- ☐ Asbestos
- ☐ Assault and Battery
- ☐ Business and Commercial
- ☐ Conspiracy
- ☐ Conversion
- ☐ Defamation
- ☐ False Arrest/Imprisonment
- ☐ Fraud
- ☐ Lead Paint – DOB of Youngest Plt: ______
- ☐ Loss of Consortium
- ☐ Malicious Prosecution
- ☐ Malpractice-Medical
- ☐ Malpractice-Professional
- ☐ Misrepresentation
- ☒ Motor Tort
- ☒ Negligence
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability
- ☐ Specific Performance
- ☐ Toxic Tort
- ☐ Trespass
- ☐ Wrongful Death

**CONTRACT**
- ☐ Asbestos
- ☒ Breach
- ☐ Business and Commercial
- ☐ Confessed Judgment (Cont'd)
- ☐ Construction
- ☐ Debt
- ☐ Fraud
- ☐ Government
- ☐ Insurance
- ☐ Product Liability

**PROPERTY**
- ☐ Adverse Possession
- ☐ Breach of Lease
- ☐ Detinue
- ☐ Distress/Distrain
- ☐ Ejectment
- ☐ Forcible Entry/Detainer
- ☐ Foreclosure
  - ☐ Commercial
  - ☐ Residential
  - ☐ Currency or Vehicle
  - ☐ Deed of Trust
  - ☐ Land Installments
  - ☐ Lien
  - ☐ Mortgage
  - ☐ Right of Redemption
  - ☐ Statement Condo
- ☐ Forfeiture of Property / Personal Item
- ☐ Fraudulent Conveyance
- ☐ Landlord-Tenant
- ☐ Lis Pendens
- ☐ Mechanic's Lien
- ☐ Ownership
- ☐ Partition/Sale in Lieu
- ☐ Quiet Title
- ☐ Rent Escrow
- ☐ Return of Seized Property
- ☐ Right of Redemption
- ☐ Tenant Holding Over

**PUBLIC LAW**
- ☐ Attorney Grievance
- ☐ Bond Forfeiture Remission
- ☐ Civil Rights
- ☐ County/Mncpl Code/Ord
- ☐ Election Law
- ☐ Eminent Domain/Condemn.
- ☐ Environment
- ☐ Error Coram Nobis
- ☐ Habeas Corpus
- ☐ Mandamus
- ☐ Prisoner Rights
- ☐ Public Info. Act Records
- ☐ Quarantine/Isolation
- ☐ Writ of Certiorari

**EMPLOYMENT**
- ☐ ADA
- ☐ Conspiracy
- ☐ EEO/HR
- ☐ FLSA
- ☐ FMLA
- ☐ Worker's Compensation
- ☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
- ☐ Assumption of Jurisdiction
- ☐ Authorized Sale
- ☐ Attorney Appointment
- ☐ Body Attachment Issuance
- ☐ Commission Issuance
- ☐ Constructive Trust
- ☐ Contempt
- ☐ Deposition Notice
- ☐ Dist Ct Mtn Appeal
- ☐ Financial
- ☐ Grand Jury/Petit Jury
- ☐ Miscellaneous
- ☐ Perpetuate Testimony/Evidence
- ☐ Prod. of Documents Req.
- ☐ Receivership
- ☐ Sentence Transfer
- ☐ Set Aside Deed
- ☐ Special Adm. – Atty
- ☐ Subpoena Issue/Quash
- ☐ Trust Established
- ☐ Trustee Substitution/Removal
- ☐ Witness Appearance-Compel

**PEACE ORDER**
- ☐ Peace Order

**EQUITY**
- ☐ Declaratory Judgment
- ☐ Equitable Relief
- ☐ Injunctive Relief
- ☐ Mandamus

**OTHER**
- ☐ Accounting
- ☐ Friendly Suit
- ☐ Grantor in Possession
- ☐ Maryland Insurance Administration
- ☐ Miscellaneous
- ☐ Specific Transaction
- ☐ Structured Settlements

## IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)

- ☐ Abatement
- ☐ Administrative Action
- ☐ Appointment of Receiver
- ☐ Arbitration
- ☐ Asset Determination
- ☐ Attachment b/f Judgment
- ☐ Cease & Desist Order
- ☐ Condemn Bldg
- ☐ Contempt
- ☒ Court Costs/Fees
- ☒ Damages-Compensatory
- ☒ Damages-Punitive
- ☐ Earnings Withholding
- ☐ Enrollment
- ☐ Expungement
- ☐ Financial Exploitation
- ☐ Findings of Fact
- ☐ Foreclosure
- ☐ Injunction
- ☐ Judgment-Affidavit
- ☐ Judgment-Attorney Fees
- ☐ Judgment-Confessed
- ☐ Judgment-Consent
- ☐ Judgment-Declaratory
- ☐ Judgment-Default
- ☐ Judgment-Interest
- ☐ Judgment-Summary
- ☐ Liability
- ☐ Oral Examination
- ☐ Order
- ☐ Ownership of Property
- ☐ Partition of Property
- ☐ Peace Order
- ☐ Possession
- ☐ Production of Records
- ☐ Quarantine/Isolation Order
- ☐ Reinstatement of Employment
- ☐ Return of Property
- ☐ Sale of Property
- ☐ Specific Performance
- ☐ Writ-Error Coram Nobis
- ☐ Writ-Execution
- ☐ Writ-Garnish Property
- ☐ Writ-Garnish Wages
- ☐ Writ-Habeas Corpus
- ☐ Writ-Mandamus
- ☐ Writ-Possession

*If you indicated* ***Liability*** *above,* mark one of the following. This information is not an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded. ☐ Liability is not conceded, but is not seriously in dispute. ☐ Liability is seriously in dispute.

## MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

☐ Under $10,000 ☐ $10,000 - $30,000 ☐ $30,000 - $100,000 ☐ Over $100,000

☒ Medical Bills $ +$5,455.93 ☐ Wage Loss $ ________ ☐ Property Damages $ ________

## ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)

A. Mediation ☐ Yes ☒ No
B. Arbitration ☐ Yes ☒ No
C. Settlement Conference ☒ Yes ☐ No
D. Neutral Evaluation ☐ Yes ☒ No

## SPECIAL REQUIREMENTS

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

## ESTIMATED LENGTH OF TRIAL

*With the exception of Baltimore County and Baltimore City, please fill in the estimated* ***LENGTH OF TRIAL.***

***(Case will be tracked accordingly)***

- ☐ 1/2 day of trial or less
- ☐ 1 day of trial time
- ☐ 2 days of trial time
- ☒ 3 days of trial time
- ☐ More than 3 days of trial time

## BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

***For all jurisdictions,*** *if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited -** Trial within 7 months of Defendant's response

☐ **Standard -** Trial within 18 months of Defendant's response

EMERGENCY RELIEF REQUESTED

## COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

❒ **Expedited -** Trial within 7 months of Defendant's response

❒ **Standard -** Trial within 18 months of Defendant's response

***IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.***

## CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | |
|---|---|
| ❒ Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ❒ Civil-Short | Trial 210 days from first answer. |
| ☒ Civil-Standard | Trial 360 days from first answer. |
| ❒ Custom | Scheduling order entered by individual judge. |
| ❒ Asbestos | Special scheduling order. |
| ❒ Lead Paint | Fill in: Birth Date of youngest plaintiff ______________. |
| ❒ Tax Sale Foreclosures | Special scheduling order. |
| ❒ Mortgage Foreclosures | No scheduling order. |

## CIRCUIT COURT FOR BALTIMORE COUNTY

| | |
|---|---|
| ❒ Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ❒ Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ❒ Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ❒ Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

May 21, 2025
Date

Nihir Nanavaty
Signature of Attorney / Party

2311290047
Attorney Number

20 M STREET, SE, 6TH FLOOR
Address

NIHIR U. NANAVATY, ESQ.
Printed Name

WASHINGTON | DC | 20003
City | State | Zip Code

| | | |
|---|---|---|
| **JILL GILES**<br>*6 Ruping Drive*<br>*Burlington, MA 01803* | * | **IN THE** |
| | * | **CIRCUIT COURT** |
| ***Plaintiff*** | * | **FOR** |
| **v.** | * | **BALTIMORE CITY** |
| **PATRICK C. ENWEONWU**<br>*2400 Arunah Avenue*<br>*Baltimore, MD 21216* | * | **CASE NO:** |
| | * | |
| **&** | * | |
| **LYFT, INC.**<br>*185 Berry Street, Suite 400*<br>*San Francisco, CA 94107*<br>*SERVE ON: The Corporation Trust, Inc.,*<br>*2405 York Road, Suite 201*<br>*Lutherville-Timonium, MD 21093-2264* | *<br>*<br>*<br>* | |
| ***Defendants*** | | |

* * * * * * * * * * * * * * * * * * * * * * 

## COMPLAINT

**NOW COMES** the Plaintiff, **JILL GILES** (hereafter "Plaintiff"), by and through her attorneys, Nihir U. Nanavaty, Esquire, and Morgan & Morgan, P.A., and hereby sues the Defendant, **PATRICK ENWEONWU (**hereafter "Defendant Enweonwu") and Defendant **LYFT, INC.** (hereafter "Defendant Lyft"), and in support thereof states as follows:

## JURISDICTION AND VENUE

1. Plaintiff Jill Giles is an adult individual who currently resides at the above captioned address in Burlington, Massachusetts.
2. Defendant Patrick C. Enweonwu is an adult individual who currently resides at the above captioned address in Baltimore City, Maryland.
3. Defendant Lyft, Inc. is a rideshare company that regularly conducts business in Maryland and has a registered agent at the above captioned address in Baltimore County, Maryland.

4. Jurisdiction and venue is appropriate in Baltimore City, Maryland, pursuant to MD. CODE ANN. CTS. & JUD. PROC. § 6-202 *et seq.* because this negligence action arose in Baltimore City, Maryland.

## OPERATIVE FACTUAL BACKGROUND

5. Plaintiff hereby incorporates paragraphs No. 1 through No. 4 of this Complaint fully as if the allegations were set forth fully herein.

6. On or about June 16, 2024, at approximately 6:30 PM, Plaintiff was leaving work and called a Lyft rideshare driver to pick up Plaintiff for a ride home.

7. That Plaintiff was a pedestrian waiting at the loading/drop off area at the Renaissance Hotel in Baltimore City, Maryland, located at 202 E Pratt Street, Baltimore, MD 21202.

8. That concurrently, Defendant Lyft driver, Patrick Enweonwu, arrived at the Renaissance Hotel to pick up Plaintiff.

9. That Plaintiff was outside of Defendant Enweonwu's vehicle, attempting to enter the vehicle. Defendant Enweonwu turned their head around to advise Plaintiff how to lift the back seat.

10. That suddenly, and without warning, Defendant Enweonwu accidentally accelerated their vehicle. In doing so, Defendant Enweonwu's vehicle ran over Plaintiff's left foot, causing Plaintiff to fall backwards.

11. That the sudden impact of the collision, caused by the Defendant's negligence, caused Plaintiff to suffer significant injuries that required medical treatment and care.

## COUNT I

## NEGLIGENCE
**(*Jill Giles vs. Patrick Enweonwu)***

12. Plaintiff hereby incorporates paragraphs No. 1 through No. 11 of this Complaint fully as if the allegations were set forth fully herein.

13. That Defendant Enweonwu owed a duty to Plaintiff and all others to operate their vehicle in a lawful, careful and prudent manner, with that degree of care then and there required under the circumstances as they existed, and to operate their vehicle with that degree of care and skill which a reasonable and prudent person would exercise.

14. That Defendant Enweonwu breached said duty owed to Plaintiff by (a) failing to keep a safe and proper lookout for other vehicles; (b) failing to yield the right of way; (c) failing to maintain proper control of the vehicle; (d) failing to avoid the accident; (e) failing to drive in a safe and reasonable manner; (f) failing to exercise proper caution while driving; (g) failing to drive in accordance with the laws and regulations of the State of Maryland; (h) failing to maintain proper distance from other vehicles; and (i) was in other respects negligent, careless and reckless.

15. That as the direct, natural, and proximate cause of the negligence of Defendant Enweonwu, Plaintiff was caused to sustain and suffer painful physical injuries to their bodies; was caused to sustain and suffer severe shock and injury to their nerves and nervous system; was caused to sustain and suffer severe mental anguish, and was, is and will be otherwise injured and damaged and will require future medical treatment.

16. That as the further direct, natural and proximate cause of the negligence of Defendant Enweonwu, Plaintiff was caused to undergo extensive medical care and treatment of their injuries and was caused to incur great expense for the requisite care and treatment of their injuries and will incur future medical expenses.

17. That all of Plaintiff's injuries, past, present and prospective, are due to and by reason of the negligence of Defendant Enweonwu with no lack of due care and no negligence on the part of Plaintiff contributing thereto directly or indirectly.

**WHEREFORE,** this suit is brought against Defendant Enweonwu as liable to Plaintiff, in excess of seventy-five thousand dollars (+$75,000.00), and Plaintiff prays this Honorable Court to award judgment to each Plaintiff in said amount, together with costs of this action and such other and further relief as Justice may require.

**COUNT II**

**NEGLIGENCE (Defendant Lyft, Inc.)**
***(Jill Giles vs. Lyft, Inc.)***

18. Plaintiff hereby incorporates paragraphs No. 1 through No. 17 of this Complaint fully as if the allegations were set forth fully herein
19. That Defendant Lyft had a duty to Plaintiff to act reasonably.
20. That Defendant Lyft breached that duty.
21. That as a direct and proximate cause of the negligence of Defendant Lyft, Plaintiff suffers from permanent physical injuries, conscious mental anguish, pain and suffering in the past and in the future, past medical expenses and future medical expenses.
22. That all of the above damages were directly and proximately caused by the aforementioned negligence of Defendant Lyft, and were incurred without contributory negligence or assumption of the risk on the part of Plaintiff, or an opportunity for Plaintiff, to avoid the accident.

**WHEREFORE,** this suit is brought against Defendant Lyft as liable to Plaintiff in excess of seventy-five thousand dollars (+$75,000.00), and Plaintiff prays this Honorable Court to award judgment to her in said amount, together with costs of this action and such other and further relief as Justice may require.

**COUNT III**

**NEGLIGENT ENTRUSTMENT (Defendant Lyft, Inc.)**
***(Jill Giles vs. Lyft, Inc.)***

23. Plaintiff hereby incorporates paragraphs No. 1 through No. 22 of this Complaint fully as if the allegations were set forth fully herein.

24. The injuries, harm, and damages were incurred by the Plaintiff as a result of the use of the vehicle by Defendant Enweonwu in a negligent and reckless manner, which because of youth, inexperience, and prior actions, Defendant Lyft knew, or had reason to know, was likely and involved an unreasonable risk of harm to others while driving a truck.

25. Defendant Lyft, as the employer/supervisor of Defendant Enweonwu, had the right to permit and the power to prohibit the use of this vehicle for Lyft ridesharing by Defendant Enweonwu.

26. Defendant Lyft knew, or had reason to know, that Defendant Enweonwu, because of youth, inexperience, and/ or prior actions, was likely to operate their vehicle for Lyft in a negligent and reckless manner.

27. That as a direct result of Defendant Lyft negligently entrusting Defendant Enweonwu, who operated said vehicle as entrusted by Defendant Lyft in a negligent and reckless manner, the Plaintiff, without any contributory negligence, did suffer the injuries, damages, and harm previously enumerated in Count I of this Complaint.

**WHEREFORE,** this suit is brought against Defendant Lyft as liable to Plaintiff in excess of seventy-five thousand dollars (+$75,000.00), and Plaintiff prays this Honorable Court to award judgment to her in said amount, together with costs of this action and such other and further relief as Justice may require.

**COUNT IV**

**AGENCY (Defendant Lyft, Inc.)**
***(Jill Giles vs. Lyft, Inc.,)***

28. Plaintiff hereby incorporates paragraphs No. 1 through No. 27 of this Complaint fully as if the allegations were set forth fully herein.
29. The above-described acts of Defendant Enweonwu were committed while he was acting as an agent, servant, and or employee of Defendant Lyft.
30. The above-described acts of Defendant Enweonwu were committed within the scope of his agency and while furthering the business interests of Defendant Lyft.
31. As the principal for Defendant Enweonwu, Defendant Lyft are responsible for all of the acts committed by Defendant Enweonwu within the scope of his agency.

**WHEREFORE,** this suit is brought against Defendant Lyft as liable to Plaintiff in excess of seventy-five thousand dollars (+$75,000.00), and Plaintiff prays this Honorable Court to award judgment to her in said amount, together with costs of this action and such other and further relief as Justice may require.

Respectfully Submitted,

Nihir Nanavaty

**Nihir U. Nanavaty, Esquire**
Morgan & Morgan, P.A.
20 M Street SE, 6th Floor
Washington, DC 20003
P: (202) 772-0565
F: (202) 772-0615
nihir.nanavaty@forthepeople.com
CPF ID: 2311290047
***Attorney for Plaintiffs***

| | | |
|---|---|---|
| **JILL GILES** | * | **IN THE** |
| ***Plaintiff*** | * | **CIRCUIT COURT** |
| **v.** | * | **FOR** |
| **PATRICK C. ENWEONWU, ET AL.,** | * | **BALTIMORE CITY** |
| ***Defendants*** | * | **CASE NO:** |

* * * * * * * * * * * * * * * * * * * * * *

**PRAYER FOR JURY TRIAL**

**NOW COMES** the Plaintiff, **JILL GILES,** by and through her attorneys, Nihir U. Nanavaty, Esquire, and Morgan & Morgan, P.A., and respectfully requests that this Honorable Court set the instant matter to be tried before a jury of her peers.

Respectfully Submitted,

**Nihir U. Nanavaty, Esquire**
Morgan & Morgan, P.A.
20 M Street SE, 6th Floor
Washington, DC 20003
P: (202) 772-0565
F: (202) 772-0615
nihir.nanavaty@forthepeople.com
CPF ID: 2311290047
***Attorney for Plaintiffs***

| | | |
|---|---|---|
| **JILL GILES** | * | **IN THE** |
| ***Plaintiff*** | * | **CIRCUIT COURT** |
| **v.** | * | **FOR** |
| **PATRICK C. ENWEONWU, ET AL.,** | * | **BALTIMORE CITY** |
| ***Defendants*** | * | **CASE NO:** |

* * * * * * * * * * * * * * * * * * * * * *

**CERTIFICATE OF REDACTION**

Pursuant to Maryland Rule 20-201(f)(1)

I hereby certify that the foregoing Civil- Non-Domestic Case Information Report, Complaint, and Prayer for Jury Trial signed and filed by the undersigned counsel do not contain any restricted information.

Respectfully Submitted,

Nihir Nanavaty

**Nihir U. Nanavaty, Esquire**
Morgan & Morgan, P.A.
20 M Street SE, 6th Floor
Washington, DC 20003
P: (202) 772-0565
F: (202) 772-0615
nihir.nanavaty@forthepeople.com
CPF ID: 2311290047
***Attorney for Plaintiffs***

MORGAN & MORGAN

AMERICA'S LARGEST INJURY LAW FIRM